**No. 42164.**—Protests 839802–G/85885, etc., of R. Gerber & Co. et al. (Chicago, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42165.**—Protests 897246–G, etc., of Chong Sing Co. et al. (San Francisco, etc.).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 15, 1939

**No. 42166.**—Protests 921644–G(A), etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42167.**—Protests 768744–G, etc., of Alka Bottle Capping Machine Co. et al. (New York).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.